UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 2:13-cr-0001-2 |
| v. | ) | Judge Haynes/Brown |
| | ) | |
| TERESA DIANNE POWELL, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

A hearing was held on the petition of Pretrial Services supporting violations of the conditions of release by the Defendant Teresa Dianne Powell. At the hearing the Defendant admitted that she had violated the conditions of her release by not reporting for drug screens and by not maintaining contact with Pretrial Services by not calling in as directed.

Pretrial Services advised that they had conducted a drug screen prior to the hearing and that the test was negative for controlled substances.

After discussion with counsel, although the Magistrate Judge finds that the Defendant has not fully complied with the conditions of pretrial release, the Magistrate Judge will not order revocation of her bond at this time.

The Defendant was cautioned in open court and is again cautioned in this order that she must complete scheduled drug screens and must maintain communications with Pretrial Services as directed. While it is understood she may have transportation problems at times, the solution is not to fail to make the

appointment or to contact Pretrial Services about the difficulties. Ignoring the problem will not make it go away.

The Defendant is further cautioned that her failure to attend a screening without good cause or to not maintain contact with Pretrial Services as directed will result in a warrant for her arrest for violation of the conditions of release.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge