# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Teresa Dianne Powell                 Docket No. 0650 2:13CR00001 - 2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant Teresa Dianne Powell
who was placed under pretrial release supervision by the Honorable Joe B. Brown, U.S. Magistrate Judge
sitting in the Court at Nashville, Tennessee , on April 10, 2013 , under the following
conditions:   Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White _____ Nashville, TN _____            December 5, 2013
U.S. Pretrial Services Officer              Place:                              Date:

**Next Scheduled Court Event**

| Event | Date |
|---|---|
|  |  |

---

## PETITIONING THE COURT

☒ No Action                          ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                 ☐ Other

---

THE COURT ORDERS:
☒ No Action                          ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
  (cc: U.S. Probation and U.S. Marshals only)        _____ _____
☐ Other                              Date                    Time

Considered and ordered this 9th _____ day
of December , 2013 , and ordered filed
and made a part of the records in the above
case.

/S/ Joe B Brown _____
    Honorable Joe B. Brown
    U.S. Magistrate Judge

x

Honorable Joe B. Brown
U.S. Magistrate Judge
Petition for Action on
POWELL, TERESA DIANE
Case No. 2:13-CR-00001-02
December 5, 2013

On April 5, 2013, defendant Teresa Diane Powell a/k/a "Tess," appeared before Your Honor for an Initial Appearance as a result of being charged with the following, to wit:

> Ct. 1:  Conspiracy to Distribute Oxycodone, in violation of 21 U.S.C. § 846, and
> Cts. 2-4: Distribution of Oxycodone, in violation of 21 U.S.C. § 841(a)(1).

The Government did not file a Motion for Detention, and on April 10, 2013, the defendant was released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.**

On December 4, 2013, Ms. Powell failed to report to the U.S. Probation Office to submit to a urine screen as scheduled.

**Current Status of Case:**

On June 7, 2013, the trial date set for July 16, 2013, was continued to a date to be set by separate order. As of this writing, no trial date is set.

**Probation Officer Action:**

This officer has continued to encourage the defendant to remain drug free, and on July 9, 2013, the defendant was placed in Phase 7 of the U.S. Probation Office's Code-a-Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen.

On October 24, 2013, a Petition for Action on Conditions of Pretrial Release was submitted to the Court, and a bond revocation hearing was set. On November 21, 2013, Ms. Powell appeared in Court and conceded that she had violated the conditions of her supervision. The Court determined the defendant would remain on bond with the same conditions.

Honorable Joe B. Brown
U.S. Magistrate Judge
Petition for Action on
POWELL, TERESA DIANE
Case No. 2:13-CR-00001-02
December 5, 2013

On December 4, 2013, the defendant contacted this officer via telephone and left a voicemail message indicating she missed her urine screen because she went to the hospital. On December 5, 2013, Ms. Powell spoke directly with this officer and stated she was in the hospital on the previous afternoon because "her kidneys were bleeding." This officer requested she fax her summary discharge paperwork from the hospital to this office.

The supervising officer received the requested information and reviewed the same. It was determined Ms. Powell was treated at the Cumberland Medical Center, located in Crossville, Tennessee, for hemorrhagic cystitis.

Ms. Powell was counseled regarding making the appropriate arrangements so that she can appear at the probation office in Cookeville, Tennessee, for urine screens as directed.

**Respectfully Petitioning the Court as Follows**:

Although Ms. Powell failed to appear for a urine screen, she provided documentation that she was at the hospital and thus her absence is excused. Therefore, it is respectfully recommended that no action will be taken at this time.

Assistant U.S. Attorney Blanche Cook has been advised of the above violations.

Approved:

William Burton Putman
Supervisory U.S. Probation Officer


xc:    Blanche Cook, Assistant U.S. Attorney
       James A. Simmons, Defense Counsel

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

United States of America )
v. )
)
_Teresa Dianne Powell_ )  Case No. 2-13-cr 1
_Defendant_ )
)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _11:00 am Wednesday, April 10, 2013_
_____
_Place_
_Courtroom 783, US. Courthouse 801 Broadway_
_____
or _Nashville, TN 37203_
_____
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

**SCANNED**

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
　　　　　　　　　　　　　　　　　　　Custodian　　　　　　　　　　　　　　Date

(X) (7) The defendant must:

( ) (a) submit to supervision by and report for supervision to the _____,
　　　　telephone number _____ , no later than _____ .

( ) (b) continue or actively seek employment.

( ) (c) continue or start an education program.

( X) (d) surrender any passport to:

( X) (e) not obtain a passport or other international travel document.

( ) (f) abide by the following restrictions on personal association, residence, or travel: *middle District of TN*

( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *Co defendant except with counsel in defending this case.*

( ) (h) get medical or psychiatric treatment: _____

( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X) (k) not possess a firearm, destructive device, or other weapon.

( ) (l) not use alcohol ( ) at all ( ) excessively.

( X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( X) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

　　( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or

　　( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

　　( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

　　( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer. *and within 72 hours*

( X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X) (s) *PTS may visit any location when Defendant resides and conduct any contraband in plain view.*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Teresa Powell_
_____
*Defendant's Signature*

_Crossville, Tenn. 38555_
_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___4-5-13___                    _Joe B. Brown_
_____
*Judicial Officer's Signature*

Joe B. Brown, US Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Case 2:13-cr-00001  Document 36  Filed 10/25/13  Page 6 of 6 PageID #: 72