UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:13-cr-00001 |
| v. ) | |
| ) | CHIEF JUDGE HAYNES |
| TERESA POWELL ) | |

MOTION TO SET PLEA HEARING

The United States of America, by and through the undersigned Assistant United States Attorney for the Middle District of Tennessee, respectfully moves this Honorable Court to set a Plea Hearing in the above named case on May 27, 2014, or to a day that is agreeable for this Court's schedule. Defense counsel has been consulted and is available for the aforementioned date.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

Certificate of Service

I hereby certify that on May 20, 2014, a true and exact copy of the foregoing document was delivered via the court's electronic case filing system to J. Stephen Mills, attorney for defendant.

*s/ Blanche B. Cook*