IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:13-00001 |
| | ) | JUDGE HAYNES |
| TERESA DIANNE POWELL | ) | |

*[Handwritten annotation: GRANTED. This motion is granted. The matter is set for hearing on October 20, 2014 at 3:30 pm. WJH 10-2-14]*

MOTION TO SET SENTENCING HEARING

Comes the Defendant, Teresa Dianne Powell, by and through undersigned counsel, James A. Simmons, and moves this Honorable Court to set a final sentencing hearing for this matter. As grounds for this motion, counsel would show that the parties are available for a final sentencing hearing on the afternoon of October 6, 2014. The parties are also available on Friday, October 17, 2014 and Monday, October 20, 2014. Additionally, the parties have no objections to the Pre-Sentence Report and there is an agreed upon sentence pursuant to FRCP 11(c)(1)(C) of 70 months.

The Defendant is currently housed at the Warren County Jail.

For the foregoing reasons, it is respectfully requests that this Honorable Court set this matter for a final sentencing hearing.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for TERESA DIANNE POWELL
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

CERTIFICATE OF SERVICE

    I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing in the federal court electronic filing system or regular US mail, postage pre-paid, on this the 2nd day of October, 2014, to the following:

Hal McDonough, AUSA
110 Ninth Avenue South, A-961
Nashville, TN 37203-3870

                                          /s/James A. Simmons
                                          JAMES A. SIMMONS

*Page 2 of 2*

Case 2:13-cr-00001   Document 111   Filed 10/02/14   Page 2 of 2 PageID #: 258